149 F.3d 1163
 James R. Brame
v.
Buckingham Township, Buckingham Township Board of
Supervisors, Raymond A. Stepnoski, Jr., as Chairman of Board
of Supervisors, Henry W. Rowan, as Vice-Chairman of Board of
Supervisors, Janet D. French, as Supervisor, Buckingham
Township Zoning Hearing Board, Anna Simons, as Member of
Buckingham Township Zoning Board, Charles J. Koch, Sr., as
Member of Zoning Hearing Board, Carol S. Hagen, as Member of
Zoning Hearing Board, Roger S. Funk, as Member of
 NO. 97-1490
 United States Court of Appeals,
Third Circuit.
 March 18, 1998
 Appeal From: E.D.Pa. ,No.96cv05821
 
 1
 Affirmed.